UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS L. HAMILTON,<br><br>      Plaintiff,<br><br>  vs.<br><br>JOHN HART, et al.,<br><br>      Defendants. | 1:10-cv-00272-LJO-GSA-PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT WITHIN THIRTY DAYS<br><br>(Doc. 41.) |

On April 29, 2014, defendants Hart, Phillips, Bogle, Prouty, Ronquillo, Llamas, Trupe, Castro, and Ocampo ("Defendants") filed a motion for summary judgment on the grounds that Plaintiff failed to timely and properly exhaust administrative remedies. (Doc. 41.) Plaintiff was required to file an opposition or a statement of non-opposition to the motion within twenty-one days, but has not done so. Local Rule 230(*l*).

Accordingly, IT IS HEREBY ORDERED that:

1. Within **thirty (30) days** from the date of service of this order, Plaintiff must file an opposition or a statement of non-opposition to Defendants' motion for summary judgment; and

2. If Plaintiff fails to comply with this order, this action will be dismissed, with prejudice, for failure to obey the court's order and failure to prosecute.

IT IS SO ORDERED.

Dated:   **June 9, 2014**             /s/ Gary S. Austin
                                           UNITED STATES MAGISTRATE JUDGE