UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS L. HAMILTON, | 1:10-cv-00272-LJO-GSA-PC |
| Plaintiff, | ORDER RESPONDING TO PLAINTIFF'S REQUEST |
| vs. | (Doc. 52.) |
| JOHN HART, et al., | ORDER FOR CLERK TO SEND DOCKET SHEET TO PLAINTIFF |
| Defendants. | |

    Dennis L. Hamilton ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on February 18, 2010. (Doc. 1.) This case was dismised on December 16, 2014, for Plaintiff's failure to obey a court order and prosecute this case. (Doc. 50.)

    On February 24, 2015, Plaintiff filed a "Notice of Mailing Confirmation," asserting that "[o]n November 30th Plaintiff filed his Objections to the Finding and Recommendations and his Opposition to Summary Judgment, [and o]n December 28th Plaintiff filed his Notice of Appeal and his Certificate of Appealability." (Doc. 52.) Plaintiff requests the court to confirm or deny ever receiving these documents.

    There is no evidence on the court's record that these documents were received. Good cause appearing, the Court shall provide Plaintiff with a copy of the current Docket Sheet for this case, showing the district court's record of activity in this case.

Accordingly, the Clerk of Court is hereby DIRECTED to send Plaintiff a copy of the current Docket Sheet for this case.

IT IS SO ORDERED.

Dated: **February 26, 2015**               **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE