UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS L. HAMILTON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JOHN HART, et al.,<br><br>　　　　Defendants. | 1:10-cv-00272-LJO-EPG-PC<br><br>NOTICE OF TELEPHONIC STATUS CONFERENCE BEFORE MAGISTRATE JUDGE ERICA P. GROSJEAN<br><br>**December 14, 2015 at 9:00 a.m.**<br>**Courtroom 10 (EPG)** |

**PLEASE TAKE NOTICE**

This case is now scheduled for a telephonic status conference before Magistrate Judge Erica P. Grosjean on Monday, **December 14, 2015 at 9:00 a.m. in Courtroom 10 (EPG).** The parties shall be prepared to discuss the status of this case, the parties' willingness to consent to Magistrate Judge jurisdiction for trial, and the scheduling of an evidentiary hearing to determine whether Plaintiff exhausted his available administrative remedies before filing suit. Counsel for Defendants is required to arrange for the participation of Plaintiff in the telephonic status conference and to initiate the telephonic hearing at **(559) 499-5960**.

IT IS SO ORDERED.

Dated:   **December 1, 2015**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE