

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS L. HAMILTON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JOHN HART, et al.,<br><br>　　　　Defendants. | 1:10-cv-00272-DAD-EPG-PC<br><br>NOTICE AND ORDER THAT INMATE WITNESS IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED (ECF No. 63.)<br><br>**As to Dennis L. Hamilton, CDC# K-64159** |

The evidentiary hearing in this matter commenced on January 26, 2016, at 10:00 a.m, and inmate witness Dennis L. Hamilton has given testimony before the Court. Inmate witness Dennis L. Hamilton, CDC# K-64159, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus *ad testificandum* as to this inmate, issued on December 21, 2015, is HEREBY DISCHARGED.

DATED: 1/26/16　　　　　　　　　　　/s/ E. P. Grosjean
　　　　　　　　　　　　　　　　　　U. S. MAGISTRATE JUDGE ERICA P. GROSJEAN