UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS L. HAMILTON, | No. 1:10-cv-00272-DAD-EPG |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| JOHN HART et al., | |
| | (Doc. No. 75) |
| Defendants. | |
| | ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| | (Doc. No. 41) |
| | ORDER FOR DEFENDANTS TO FILE ANSWER TO COMPLAINT WITHIN THIRTY DAYS |

    Plaintiff Dennis L. Hamilton is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On March 21, 2016, the assigned magistrate judge issued findings and recommendations, recommending that defendants' motion for summary judgment be denied.  (Doc. No. 75.)  On April 20, 2016, defendants filed objections to the findings and recommendations.  (Doc. No. 76.) On May 5, 2016, plaintiff filed a reply.  (Doc. No. 77.)

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, including defendants' objections and plaintiff's reply, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The March 21, 2016 findings and recommendations (Doc. No. 75) are adopted in full;
2. Defendants' motion for summary judgment (Doc. No. 41) is denied;
3. Within thirty days from the date of service of this order, defendants shall file an answer to the complaint; and
4. This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:  **August 18, 2016**

UNITED STATES DISTRICT JUDGE