# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS L. HAMILTON,<br><br>                Plaintiff,<br><br>        vs.<br><br>JOHN HART, et al.,<br><br>                Defendants. | 1:10-cv-00272-LJO-EPG-PC<br><br>NOTICE OF TELEPHONIC STATUS CONFERENCE BEFORE MAGISTRATE JUDGE ERICA P. GROSJEAN<br><br>**October 4, 2016 at 2:00 p.m.**<br>**Courtroom 10 (EPG)** |

## PLEASE TAKE NOTICE

This case is now scheduled for a telephonic status conference before Magistrate Judge Erica P. Grosjean on **Tuesday, October 4, 2016 at 2:00 p.m. in Courtroom 10 (EPG).**  The parties shall be prepared to discuss the status of this case and scheduling trial and other deadlines.  To join the conference, each party is directed to call the toll-free telephone number **(888) 251-2909** and use Access Code **1024453**, at **2:00 p.m. on October 4, 2016.**

IT IS SO ORDERED.

Dated:   **August 23, 2016**          _____/s/_____ _Erica P. Grosjean_____

UNITED STATES MAGISTRATE JUDGE