UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS L. HAMILTON,<br><br>      Plaintiff,<br><br>vs.<br><br>JOHN HART, *et al.*,<br><br>      Defendants. | Case No. 1:10-cv-00272-DAD-EPG-PC<br><br>**ORDER GRANTING REQUEST TO CLARIFY DISCOVERY ORDER AND AMENDING ORDER AFTER HEARING RE: DISCOVERY ISSUES**<br><br>(ECF No. 97) |

     Plaintiff Dennis Hamilton is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  On November 14, 2016, the Court issued an order regarding various discovery issues that the parties raised at a scheduling conference. (ECF No. 95.) Among other things, the Court narrowed the scope of two of Plaintiff's discovery requests and instructed Defendants to respond to the narrowed requests. On November 22, 2016, Plaintiff filed a request to clarify the discovery order, asking for two changes to the discovery ordered by the Court.

     Specifically, Plaintiff asks that the order instructing Defendants to identify which individuals escorted him from administrative segregation to reflect that he was moved from building B1-114 to building B2-115, rather than buildings B114 and D2115, as the order

currently instructs. In addition, the Court previously instructed Defendant Bogle to respond to an interrogatory asking "In your medical training, is it appropriate to decontaminate an inmate who has been pepper sprayed without a shower?" Plaintiff asks that the interrogatory reflect Defendant Bogle's medical training before the date of the incident in question.

Plaintiff's request is GRANTED. Defendants shall provide the requested information to Plaintiff within **30 days** of the date of this Order. If Defendants have already served discovery responses on Plaintiff pursuant to the Order After Hearing re: Discovery Issues (ECF No. 95), they may supplement their responses to reflect the clarified requests within **30 days**.

IT IS SO ORDERED.

Dated:   **November 23, 2016**         /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE