UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS L. HAMILTON,<br><br>          Plaintiff,<br><br>     vs.<br><br>JOHN HART, *et al.*<br><br>          Defendants. | **Case No. 1:10-cv-00272-DAD-EPG (PC)**<br><br>**FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSAL OF DOE DEFENDANT**<br><br>**OBJECTIONS, IF ANY, DUE WITHIN 30 DAYS** |

    Plaintiff Dennis Hamilton is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on the original complaint for a number of alleged Eighth Amendment violations. Among the defendants is a Doe Lieutenant whom Plaintiff was unable to identify at the time he filed the Complaint.  As explained in the Court's Scheduling Order (ECF No. 92), Defendants were required to assist Plaintiff in identifying any Doe defendants and Plaintiff then had the responsibility to move to amend the Complaint no later than January 6, 2017. On January 11, 2017, the parties appeared for a discovery status conference and explained that they had been unable to identify the Doe Lieutenant from Plaintiff's Complaint. Plaintiff was also unable to provide any other identifying

information for the Doe Lieutenant and did not offer any reason why the Doe Lieutenant should not be dismissed from this action.

Rule 4(m) of the Federal Rules of Civil Procedure provides, in relevant part:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff, must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Plaintiff has failed to set forth good cause for his failure to identify the Doe Lieutenant so that the United States Marshal could serve a summons and the complaint.  Accordingly, the Court RECOMMENDS that Defendant Doe Lieutenant be DISMISSED from this action, without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

These findings and recommendations will be submitted to the United States District Judge assigned to this case pursuant to the provisions of Title 28 of the United States Code section 636(b)(1). Within **thirty (30) days** after being served with these findings and recommendations, the parties may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *Bastidas v. Chappell*, 791 F.3d 1155, 1159 (9th Cir. 2015).

IT IS SO ORDERED.

Dated:   **January 18, 2017**                          /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE