UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS L. HAMILTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN HART, et al.,<br><br>　　　　　Defendants. | No. 1:10-cv-00272-DAD-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING DOE DEFENDANT<br><br>(Doc. No. 107) |

　　　　Plaintiff is a state prisoner proceeding *pro se* in this action pursuant to 42 U.S.C. § 1983. (Doc. No. 1.) On January 19, 2017, the assigned magistrate judge issued findings and recommendations recommending that defendant Doe Lieutenant be dismissed from this action without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. (Doc. No. 107.) The findings and recommendations were served on plaintiff with instructions that any objections thereto must be filed within thirty days. Plaintiff did not file any objections.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the undersigned has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the undersigned concludes the findings and recommendations are supported by the record and proper analysis. Accordingly, defendant Doe Lieutenant is dismissed from the case without prejudice.

/////

/////

1

The case is referred back to the magistrate judge for further proceedings with respect to the named defendants.

IT IS SO ORDERED.

Dated: **May 10, 2017**

_____
UNITED STATES DISTRICT JUDGE