

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS L. HAMILTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN HART, et al.,<br><br>　　　　Defendants. | Case No. 1:10-cv-00272-DAD-EPG (PC)<br><br>NOTICE AND ORDER THAT INMATE WITNESS IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED (ECF No. 117)<br><br>**As to Dennis L. Hamilton # K-64159** |

The settlement conference for this matter commenced on October 24, 2017, at 9:30 a.m., and Plaintiff Dennis Hamilton, inmate, has given testimony before the Court. Inmate witness **Dennis L. Hamilton # K-64159**, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus *ad testificandum* as to this inmate, issued on September 25, 2017, is HEREBY DISCHARGED.

DATED: 10/24/17

BARBARA A. MCAULIFFE
U. S. MAGISTRATE JUDGE