UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS L. HAMILTON,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN HART, *et al.*<br><br>    Defendants. | Case No. 1:10-cv-00272-DAD-EPG (PC)<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE CASE**<br><br>(ECF No. 122) |

Plaintiff Dennis L. Hamilton is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On October 24, 2017, the parties informed the Court that they had reached a settlement, and agreed for the Court to retain jurisdiction to enforce the settlement agreement. (ECF No. 120.) On October 25, 2017, defense counsel filed a stipulation to dismiss this action with prejudice. (ECF No. 122.) All parties have agreed to the dismissal. *Id.* In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995). However, the Court shall retain jurisdiction for the sole purpose of enforcement of the terms of the settlement agreement between the parties. Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **October 26, 2017**        /s/ Erica P. Grosjean
                                                  UNITED STATES MAGISTRATE JUDGE

1